TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00239-CV







Sylvia L. Beckey, Appellant



v.



Cenlar Federal Savings Bank, Appellee







FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY


NO. 223,019, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING







PER CURIAM



 Appellee has filed a motion to dismiss this appeal for want of jurisdiction. The
motion is granted. Tex. R. App. P. 60(a).

 The appeal is dismissed for want of jurisdiction.




Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed for Want of Jurisdiction on Appellee's Motion

Filed: July 12, 1995

Do Not Publish